| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER | |
|---|---|
| Chris J. Zhen (State Bar No. 275575) <br> Telephone: (213) 935-0715 <br> Hogan Ganschow (State Bar No. 256137) <br> Telephone: (805) 664-1222 <br> Zhen Law Firm <br> 5670 Wilshire Blvd #1800 <br> Los Angeles, CA 90036 | |

ATTORNEY(S) FOR: Plaintiff Wesley Humpston

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Wesley Humpston | CASE NUMBER: |
|---|---|
| Plaintiff(s), | 2:21-cv-7660 |
| v. | |
| Sony Pictures Entertainment Inc. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** <br> **(Local Rule 7.1-1)** |
| Defendant(s) | |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Wesley Humpston_ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Wesley Humpston | Plaintiff |
| Sony Pictures Entertainment Inc. | Defendant |

| September 24, 2021 | /s/ Chris J. Zhen |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Wesley Humpston