1  Chris J. Zhen (State Bar No. 275575)
2  (213) 935-0715
   chris.zhen@zhenlawfirm.com
3  Hogan Ganschow (State Bar No. 256137)
4  (805) 664-1222
   hogan.ganschow@zhenlawfirm.com
5  Zhen Law Firm
6  5670 Wilshire Blvd, Suite 1800
7  Los Angeles, CA 90036

8  *Attorneys for Plaintiff*
9  Wesley Humpston

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| WESLEY HUMPSTON,<br><br>            Plaintiff,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>            Defendant. | Case No.: 2:21-cv-07660-JAK-DFM<br><br>**ASSENTED-TO MOTION TO STRIKE PROOF OF SERVICE;**<br><br>**[PROPOSED] ORDER**<br><br>HON. JOHN A. KRONSTADT<br><br>COMPLAINT FILED: SEPT. 24, 2021 |

<u>**ASSENTED-TO MOTION**</u>

STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER
CASE NO. 2:21-CV-06204-JAK-GJS           -1-

  Plaintiff Wesley Humpston, by and through his counsel, respectfully moves this Court to strike the Proof of Service (Doc 11) filed on October 6, 2021.

  Plaintiff sent notice of the lawsuit to Defendant Sony Pictures Entertainment Inc. on September 24, 2021 providing 35 days to return a signed waiver of service form. Defendant did sign and return the waiver of service form on October 11, 2021, which is within the period provided. The waiver of service is filed concurrently with this Motion.

  Plaintiff met and conferred with Defendant, and Defendant has consented to this Motion.

  Accordingly, Plaintiff respectfully requests this Court strike the Proof of Service (Doc 11) filed on October 6, 2021.

Respectfully Submitted,

Dated: October 14, 2021  ZHEN LAW FIRM

By:  /Chris J. Zhen/
Chris J. Zhen
*Attorneys for Plaintiff*
Wesley Humpston

STIPULATION TO AMEND COMPLAINT; [PROPOSED] ORDER
CASE NO. 2:21-CV-06204-JAK-GJS -2-