IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| WESLEY HUMPSTON,<br><br>   Plaintiff,<br><br>vs.<br><br>SONY PICTURES ENTERTAINMENT INC.,<br><br>   Defendant. | Case No.: 2:21-cv-07660-JAK-DFM<br><br>**[PROPOSED] ORDER TO STRIKE PROOF OF SERVICE** |

The Parties having so consented to the Motion and good cause appearing, IT IS HEREBY ORDERED the Motion to Strike Proof of Service is GRANTED.

**IT IS SO ORDERED.**

Dated: October __, 2021          _____
                                                Hon. John A. Kronstadt
                                                United States District Judge

[PROPOSED] ORDER TO STRIKE PROOF OF SERVICE
-1-